IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **SAGICOR CORPORATE CAPITAL LIMITED, a/s/o CAMELOT CLUB CONDOMINIUM ASSOCIATION, INC.,** | CIVIL ACTION FILE: NUMBER: 1:13-cv-03327-SCJ |
| Plaintiff, | |
| v. | |
| **DELTA PLUMBING, INC.**, | |
| Defendant. | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff, Sagicor Corporate Capital Limited a/s/o Camelot Club Condominium Association hereby files this Certificate of Interested Persons and Corporate Disclosure Statement. Pursuant to LR 3.3, NDGa and Fed R. Civ. P. 7.1, Sagicor Corporate Capital Limited a/s/o Camelot Club Condominium Association states the following:

**(1)** The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock in a party:

Plaintiff:   Sagicor Corporate Capital Limited a/s/o Camelot Club Condominium Association

Sagicor Corporate Capital Limited states that it has no parent corporation and no publicly held company owns more than 10 percent or more of its stock.

**(2)**   The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

To the best of Sagicor Corporate Capital Limited a/s/o Camelot Club Condominium Association's knowledge, none.

**(3)**   The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys serving as attorneys for Sagicor Corporate Capital Limited a/s/o Camelot Club Condominium Association in this proceeding:

Nanette L. Wesley<br>
Craig R. White<br>
Kylie Holladay<br>
SKEDSVOLD, WHITE & WESLEY, LLC<br>
1050 Crown Pointe Pkwy Ste 710<br>
Atlanta, Georgia 30338

Submitted this 7th day of October 2013.

                          __*/s Nanette L. Wesley*_____
                          Nanette L. Wesley
                          Georgia Bar No. 748388

                          __*/s Craig R. White*_____
                          Craig R. White
                          Georgia Bar No. 753030

                          __*/s Kylie Holladay*_____
                          Kylie Holladay
                          Georgia Bar No. 100162
                          *Attorneys for Plaintiff*

**SKEDSVOLD, WHITE & WESLEY, LLC**
1050 Crown Pointe Pkwy Ste 710
Atlanta, Georgia 30338
PH (770) 392-8610; FX (770) 392-8620
nwesley@swandwlaw.com
cwhite@swandwlaw.com
kholladay@swandwlaw.com