UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SAGICOR CORPORATE CAPITAL
LIMITED a/s/o CAMELOT CLUB
CONDOMINIUM ASSOCIATION,
INC.,

    Plaintiff,

  v.

DELTA PLUMBING, INC.,

    Defendant.

CIVIL ACTION FILE

NO. 1:13-CV-3327-SCJ

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and

Discovery Plan [Doc. No. 19], the Court orders that the time limits for adding parties,

amending the pleadings, filing motions, completing discovery, and discussing

settlement are as stated in the above referenced form, except as herein modified:

Discovery in this matter will conclude on **March 31, 2014.**  Any motions for summary judgment or the proposed consolidated pretrial order must be filed on or before **April 30, 2014.**  If a motion for summary judgment is filed, the proposed consolidated pretrial order must be filed within 30 days after this Court's ruling thereon.  If neither motion(s) for summary judgment nor the proposed pretrial order are timely filed, the Clerk is directed to submit this matter for the Court for consideration.

  **IT IS SO ORDERED**, this 20th day of March, 2014.

      s/Steve C. Jones
      STEVE C. JONES
      UNITED STATES DISTRICT JUDGE